THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM FONG, Respondent, *v.* HARRY C. HONECK, Warden of the City Prison, et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM FONG, Respondent, *v.* GROVER WHALEN, as Police Commissioner of the City of New York, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued February 10, 1930; decided March 18, 1930.)

*George E. Brower, District Attorney (Henry J. Walsh* of counsel), for appellants.

*Robert R. Lawson* and *Irving I. Steinberg* for respondent.

In each proceeding order of the Appellate Division reversed and those of the Special Term affirmed, without costs, on the ground that the relator has not conclusively

established that he was not present in the demanding State at the time of the commission of the crime (*People ex rel. Gottschalk v. Brown*, 237 N. Y. 483, 486; *Biddinger v. Commissioner of Police*, 245 U. S. 128); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.